UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6409

TAHRIM SUPREME C. JIHAD,

Plaintiff - Appellant,

versus

VAUGHN JACKSON; ANNIE ASKINS; DOCTOR BOULWARE;
LAURA BESSINGER; THOMAS MCCANTS; WILLIAM D.
CATOE, in their individual and official
capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge.  (CA-97-3852-2-22AJ)

Submitted: August 19, 1999          Decided: August 25, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

Tahrim Supreme C. Jihad, Appellant Pro Se.  Andrew Frederick
Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tahrim Supreme C. Jihad appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jihad v. Jackson, No. CA-97-3852-2-22AJ (D.S.C. Mar. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED